# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: 2:23-cv-01220-JLS-MAR                                   Date: November 08, 2024

Title: Fernando Prado v. McLane Suneast, Inc. et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE CONSOLIDATION**

This action was initiated in Los Angeles County Superior Court and removed to federal court on February 17, 2023.  (*See* Notice of Removal, Doc. 1.)  It has been associated as a related case with 2 other actions against McLane/Suneast, Inc., McLane Foodservice, Inc., and McLane Foodservice Distribution, Inc. (collectively, "Defendants"), which were both removed to federal court and transferred to this Court.  Based on the Court's review of the cases, these cases feature similar questions of law and fact, namely whether Defendants violated California's wage-and-hour laws.  (*See* Third Amended Complaint, Doc. 29.)  Because of the common questions presented by these cases, consolidation seems appropriate.

As a result, Plaintiff is ORDERED to show cause why the following cases should not be consolidated:

- 2:23-cv-01220-JLS-MAR, *Fernando Prado v. McLane Suneast, Inc. et al*
- 5:24-cv-00689-JLS-MAR, *Paris McGowan v. McLane Company, Inc. et al*
- 5:24-cv-01332-JLS-MAR, *Paris McGowan v. McLane Company, Inc. et al.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:23-cv-01220-JLS-MAR							Date: November 08, 2024
Title: Fernando Prado v. McLane Suneast, Inc. et al

      The cases would all be consolidated under this case, *Fernando Prado v. McLane Suneast, Inc. et al.* (2:23-cv-01220-JLS-MAR). All filings would be made in this action, which would bear the caption *Fernando Prado et al. v. McLane Suneast, Inc. et al.*

      Plaintiff must respond, in writing, by November 22, 2024, explaining Plaintiff's position on consolidation. Defendants shall thereafter respond to Plaintiff's position, in writing, by December 6, 2024. No further briefing is allowed; responses shall not exceed ten pages.

      Initials of Deputy Clerk: kd