Carney R. Shegerian, State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, State Bar No. 259154
ANguyen@Shegerianlaw.com
Erik Dos Santos, SBN 309998
EDossantos@shegerianlaw.com
**SHEGERIAN & ASSOCIATES, INC.**
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860-0770
Facsimile Number:  (310) 860-0771

Attorneys for Plaintiff,
FERNANDO PRADO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO PRADO, an individual, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MCLANE/SUNEAST, INC., a Texas Corporation; and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No.:  2:23-cv-01220-JLS-MAR<br><br>The Hon. Josephine L. Staton<br><br>**JOINT NOTICE OF SETTLEMENT** |

TO ALL PARTIES, THEIR ATTORNEYS, AND THE HONORABLE COURT:

**PLEASE TAKE NOTICE THAT** Plaintiffs Fernando Prado ("Plaintiff"), together with Defendant McLane/Suneast, Inc. ("Defendant"), collectively the "Parties," submit the following Notice of Settlement.

The Parties have settled this entire action on an individual basis. The Parties are in the process of preparing the long-form settlement agreement. The Parties anticipate filing the dismissal papers within 45-60 days and request that the Court vacate all remaining Scheduling Order dates and/or stay this matter in its entirety.

Dated: September 30, 2025       SHEGERIAN & ASSOCIATES, INC.

By: _____
Carney Shegerian
Anthony Nguyen
Erik A. Dos Santos

Attorneys for Plaintiff,
FERNANDO PRADO

DATED: September 30, 2025       **BAKER & HOSTETLER LLP**

By:   */s/ Sylvia J. Kim*
Matthew C. Kane
Sylvia J. Kim
Amy E. Beverlin
Kerri H. Sakaue

Attorneys for Defendant
McLANE/SUNEAST, INC.

**PRADO v. MCLANE/SUNEAST, INC., et al.**     **USDC CASE NO.: 2:23-cv-01220-JLS-MAR**

# CERTIFICATE OF SERVICE

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On September 30, 2025, I served the foregoing document, described as **NOTICE OF SETTLEMENT** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Matthew C. Kane<br>Amy E. Beverlin<br>Kerri H. Sakaue<br>**BAKER & HOSTETLER LLP**<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067 | mkane@bakerlaw.com<br>abeverlin@bakerlaw.com<br>ksakaue@bakerlaw.com |
| Sylvia J. Kim<br>**BAKER & HOSTETLER LLP**<br>Transamerica Pyramid<br>600 Montgomery Street, Ste. 3100<br>San Francisco, California 94111-2806 | sjkim@bakerlaw.com<br><br>*Attorneys for Defendants*<br>MCLANE/SUNEAST, INC. |

☐ **(BY MAIL)** I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(BY ELECTRONIC MAIL)** I sent such document via electronic mail to the email(s) noted above.

☒ **(BY CM/ECF SYSTEM)** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in the case.

☒ **(FEDERAL)** I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 30, 2025, at Los Angeles, California.

*Sydney Townes*
Sydney Townes