Carney R. Shegerian, State Bar No. 150461
CShegerian@Shegerianlaw.com
Anthony Nguyen, State Bar No. 259154
ANguyen@Shegerianlaw.com
Erik Dos Santos, SBN 309998
EDossantos@shegerianlaw.com
**SHEGERIAN & ASSOCIATES, INC.**
11520 San Vicente Boulevard
Los Angeles, California 90049
Telephone Number: (310) 860-0770
Facsimile Number:  (310) 860-0771

Attorneys for Plaintiff,
FERNANDO PRADO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO PRADO, an individual, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>MCLANE/SUNEAST, INC., a Texas Corporation; and DOES 1 to 100, inclusive,<br><br>          Defendants. | Case No.: 2:23-cv-01220-JLS-MARx<br><br>The Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL** |

**ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

    Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT Plaintiff's Individual Claims are HEREBY DISMISSED WITH PREJUDICE and that the PAGA And Putative Class Claims are DISMISSED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: February 10, 2026

*Josephine L. Staton*
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**PRADO v. MCLANE/SUNEAST, INC., et al.**     USDC CASE NO.: 2:23-cv-01220-JLS-MAR

## CERTIFICATE OF SERVICE

I am an employee in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11520 San Vicente Boulevard, Los Angeles, California 90049.

On February 9, 2026, I served the foregoing document, described as **[PROPOSED] ORDER OF DISMISSAL** on all interested parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Matthew C. Kane<br>Amy E. Beverlin<br>Kerri H. Sakaue<br>**BAKER & HOSTETLER LLP**<br>1900 Avenue of the Stars, Suite 2700<br>Los Angeles, CA 90067 | mkane@bakerlaw.com<br>abeverlin@bakerlaw.com<br>ksakaue@bakerlaw.com |
| Sylvia J. Kim<br>**BAKER & HOSTETLER LLP**<br>Transamerica Pyramid<br>600 Montgomery Street, Ste. 3100<br>San Francisco, California 94111-2806 | sjkim@bakerlaw.com<br><br>*Attorneys for Defendants*<br>MCLANE/SUNEAST, INC. |

☐ **(BY MAIL)** I placed such envelope, with postage thereon prepaid, in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

☐ **(BY ELECTRONIC MAIL)** I sent such document via electronic mail to the email(s) noted above.

☒ **(BY CM/ECF SYSTEM)** I caused the above-referenced document(s) to be sent by electronic transmittal to the Clerk's Office using the CM/ECF System for filing which generated a Notice of Electronic Filing to the CM/ECF registrants in the case.

☒ **(FEDERAL)** I declare, under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 9, 2026, at Los Angeles, California.

*Sydney Townes*
Sydney Townes

-4-
CERTIFICATE OF SERVICE

BHDOCS\4916-2923-4574.v1-2/9/26